AO 93  (Rev. 11/13) Search and Seizure Warrant                                              AUSA Thomas P. Peabody, (312) 353-4307

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

The Google accounts ballmeat57@gmail.com and
meatballchampion55@gmail.com, further described
in Attachment A-6

Case Number: 23 M 314

## SEARCH AND SEIZURE WARRANT

To: Nina Miller and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of California:

### See Attachment A-6

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### See Attachment A-6

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>April 6, 2023</u> in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: <u>March 23, 2023</u> at 4:00 p.m.

_____
*Judge's signature*

City and State: <u>Chicago, Illinois</u>

<u>JEFFREY I. CUMMINGS, U.S. Magistrate Judge</u>
*Printed name and title*

AO 93 (Rev. 11/13)  Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) seized: | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A-6

### I.    Search Procedure

1.    The search warrant will be presented to Google personnel, who will be directed to isolate those accounts and files described in Section II below.

2.    In order to minimize any disruption of computer service to innocent third parties, company employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the computer accounts and files described in Section II below, including an exact duplicate of all information stored in the computer accounts and files described therein.

3.    Google employees will provide the exact duplicate in electronic form of the accounts and files described in Section II below and all information stored in those accounts and files to the agent who serves the search warrant. Google shall disclose responsive data, if any, by sending to 1600 Golf Road, Suite 1050, Rolling Meadows, Illinois 60008, using the US Postal Service or another courier service, notwithstanding 18 U.S.C. § 2252A or similar statute or code.

4.    Following the protocol set out in the Addendum to this Attachment, law enforcement personnel will thereafter review information and records received from company employees to locate the information to be seized by law enforcement personnel specified in Section III below.

### II.   Files and Accounts to be Copied by Employees Of Google

To the extent that the information described below in Section III is within the possession, custody, or control of Google, which are stored at premises owned,

maintained, controlled, or operated by Google, headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043, Google is required to disclose the following information to the government for the following accounts: (1) ballmeat57@gmail.com with ID 28323169025 and (2) meatballchampion55@gmail.com with ID 999913519824 (together, the "**Subject Accounts**"),

    a.    All available account contents from inception of account to present, including e-mails, attachments thereto, drafts, contact lists, address books, and search history, stored and presently contained in, or maintained pursuant to law enforcement request to preserve.

    b.    All electronic files stored online via Google Drive, stored and presently contained in, or on behalf of the accounts described above.

    c.    All search history records stored and presently contained in, or on behalf of the accounts described above including, if applicable, web and application activity history (including search terms), device information history, and location history.

    d.    All existing printouts from original storage of all the electronic mail described above.

    e.    All transactional information of all activity of the electronic mail addresses and/or individual accounts described above, including any Google Play account, including log files, dates, times, methods of connecting, ports, dial-ups, and/or locations.

f.     All business records and subscriber information, in any form kept, pertaining to the electronic mail addresses, Google Play, and/or Google Voice accounts described above, including applications, subscribers' full names, all screen names associated with the subscribers and/or accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, and detailed billing and payment records.

g.     All records indicating the services available to subscribers of the electronic mail addresses, Google Play, and/or Google Voice accounts described above.

h.     All account contents previously preserved by Google, in electronic or printed form, including all e-mail, including attachments thereto, Google Play and Google Drive stored electronic files for the accounts described above.

i.     All subscriber records for any Google account associated by cookies, recovery email address, or telephone number to the accounts described above.

j.     All text messages and voicemails store in the Google Voice account described above (for the time period January 1, 2021, through the present).

## III.  Information to be Seized by Law Enforcement Personnel

All information described above in Section II that constitutes evidence and instrumentalities concerning violations of Title 18, United States Code, Section 875(c), and Title 18, United States Code, Section 2261A (threats and stalking in interstate communication, or "**Subject Offenses**"), as follows:

1.     Items related to the identity of the user or users of the **Subject Accounts**, including items concerning those who the use or users of the **Subject**

**Accounts** have messaged, or vice versa, which help establish the identity of the user or users of the **Subject Accounts**.

2.      Items related to the physical location of the users of the **Subject Accounts**.

3.      Items related to the identities and contact information of participants in or witnesses to the **Subject Offenses**.

4.      Items related to the **Subject Offenses**.

5.      Threats in interstate communication;

6.      Harassing communications made in interstate commerce or by electronic computer service or system or interactive computer service;

7.      Items related to firearms, explosive, or other dangerous weapons;

8.      Items that contain references to or information regarding individuals who have received threatening or stalking communications as described in the affidavit;

9.      All of the non-content records described above in Section II.

## ADDENDUM TO ATTACHMENT A-6

Pursuant to Rule 41(e)(2)(B) of the Federal Rules of Criminal Procedure, this warrant requires the recipient of the warrant to copy and produce the contents of an electronic account so that they may be reviewed in a secure environment for information consistent with the warrant.

The account provider shall provide the government only data that fall within the criteria as described in Attachment A(I), which may either be the entire contents of an account or only a subset of an account.

The government's review of the data shall be conducted pursuant to the following protocol:

The government must make reasonable efforts to use methods and procedures that will locate only those categories of data, files, documents, or other electronically stored information that are identified in the warrant, while minimizing exposure or examination of categories that will not reveal the items to be seized in Attachment A (III).

The review of electronically stored information contained in the account described in Attachment A may include the below techniques. These techniques are a non-exclusive list, and the government may use other procedures that minimize the review of information not within the list of items to be seized as set forth in Attachment A(III):

a. examination of categories of data contained in the account to determine whether that data falls within the items to be seized as set forth in Attachment A(III);

b. searching for and attempting to recover any deleted, hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth in Attachment A(III);

c surveying various file directories and folders to determine whether they include data falling within the list of items to be seized as set forth in Attachment A(III);

d. opening or reading portions of files, and performing key word or concept searches of files, in order to determine whether their contents fall within the items to be seized as set forth in Attachment A(III); and

e. using forensic tools to locate data falling within the list of items to be seized as set forth in Attachment A(III).

Law enforcement personnel are not authorized to conduct additional searches for any information beyond the scope of the items to be seized by this warrant as set forth in Attachment A(III). To the extent that materials produced by the account provider pursuant to this search warrant contain evidence of crimes not within the scope of this warrant appears in plain view during the government's review, the government shall submit a new search warrant application seeking authority to expand the scope of the search prior to searching portions of that data or other item that is not within the scope of the warrant. However, the government may continue its search of that same data or other item if it also contains evidence of crimes within the scope of this warrant.